SEGAL RADHI            *       NO. 2022-C-0518

VERSUS               *

                          COURT OF APPEAL

CHRISTIE PHUONG NGUYEN,    *
ET AL                       FOURTH CIRCUIT

                      *

                          STATE OF LOUISIANA

* * * * * * *


APPLICATION FOR WRITS DIRECTED TO
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2021-07974, DIVISION "B-5"
Honorable Rachael Johnson,
* * * * * *
**Judge Pro Tempore James F. McKay III**
* * * * * *

(Court composed of Judge Tiffany Gautier Chase, Judge Dale N. Atkins, Judge Pro Tempore James F. McKay III)


MICHAEL BAGNERIS
935 Gravier St., Suite 2110
New Orleans, Louisiana
     COUNSEL FOR APPILCANT/RELATOR


**WRIT GRANTED; ORDER VACATED**

**JULY 29, 2022**

*JFM*
*TGC*
*DNA*

Segal Radhi ("relator"), seeks review of the district court's July 20, 2022 order granting Christie Phuong Nguyen's ("defendant"), motion for suspensive appeal or extension of time for return date.

On June 1, 2022, the district court evicted the defendant. On July 5, 2022, the district court signed the written judgment of eviction. The defendant did not seek a timely suspensive appeal from either judgment. On July 19, 2022, the defendant filed a motion for suspensive appeal of extension of time for return date.

La. C.C.P. art. 4735[1] governs appeals from evictions. The defendant failed to appeal the judgment within twenty-four hours of the signed judgment of eviction.

_____

[1] La. C.C.P. art. 4735 provides that:

> An appeal does not suspend execution of a judgment of eviction unless the defendant has answered the rule under oath, pleading an affirmative defense entitling him to retain possession of the premises, and the appeal has been applied for and the appeal bond filed within twenty-four hours after the rendition of the judgment of eviction. The amount of the suspensive appeal bond shall be determined by the court in an amount sufficient to protect the appellee against all such damage as he may sustain as a result of the appeal.

1

The district court's order granting the suspensive appeal, dated July 20, 2022, is defective on its face.  Accordingly, we grant the writ and vacate the order of suspensive appeal.

**WRIT GRANTED; ORDER VACATED**